THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State,  Respondent,
 v.
 Elrich Artis,  Appellant.
 
 
 

Appeal From Chester County
James E. Lockemy, Circuit Court Judge
Unpublished Opinion No.  2008-UP-616
Submitted November 3, 2008  Filed
 November 10, 2008  
APPEAL DISMISSED

 
 
 
 Appellate Defender Lanelle C. Durant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, all of Columbia; and Solicitor Douglas A. Barfield,
 Jr., of Lancaster, for Respondent.
 
 
 

PER CURIAM:  Elrich Artis appeals his conviction of second-degree
 burglary and sentence of seven years.  Artis argues the trial court erred by
 not giving a more thorough reasonable doubt charge. After a thorough review of the record and counsels brief
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Artiss appeal
 and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
WILLIAMS, PIEPER, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.